182

**Sulyaman Al Islam SALAAM, a/k/a Alexander Bell, Plaintiff—Appellant,**

v.

**Cynthia TAYLOR, Department of Social Services; Sheriff Leon Lott, Richland County Sheriff Department; Yasmin Nyishama Wa Salaam, Defendants—Appellees.**

No. 08–8392.

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2009.

Decided: April 7, 2009.

Sulyaman Al Islam Salaam, Appellant Pro Se.

Before MICHAEL, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sulyaman Al Islam Salaam appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Salaam v. Taylor*, No. 9:08–cv–02908–GRA, 2008

WL 4694389 (D.S.C. Oct. 22, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*